Jason Hain (State Bar No. 295721)
LAW OFFICES OF JASON HAIN
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: 831-227-6892
Facsimile: 415-795-9692
jason@jasonhainlaw.com

*Attorney for RELATOR*
CHERYL HYATT

**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. CHERYL HYATT<br><br>    Plaintiffs,<br><br>vs.<br><br>NINOS MIRZA, individually and as trustee for the NINOS AND JANET MIRZA TRUST, JANET MIRZA aka JANET W MIRZA, individually and as trustee for the NINOS AND JANET MIRZA TRUST, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:17-02125-KJM-KJN<br><br>**REQUEST TO SEAL DOCUMENTS**<br><br>*Local Rule 141(b)* |

### REQUEST TO SEAL DOCUMENTS

Pursuant to Local Rule 141(b), Relator respectfully requests that this complaint be filed under seal and remain under seal, accessible only to the United States, for sixty days and such further time as may, in the future, be applied for by the United States.

31 U.S.C. § 3730(b)(2) requires that all *qui tam* complaints be filed under seal.

Respectfully submitted.

Dated: October 10, 2017

/s/ *Jason Hain*
Jason Hain Esq.
Attorney for RELATOR,
CHERYL HYATT

**ORDER**

Having considered the Relator's Request to Seal Documents, for good cause shown, the Complaint shall be filed under seal and remain under seal, accessible only to the United States, for sixty days and such further time as may, in the future, be applied for by the United States.

IT IS SO ORDERED.

DATED: October 24, 2017.

_____
UNITED STATES DISTRICT JUDGE