MCGREGOR W. SCOTT
United States Attorney
JOHN R. EDWARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

**SEALED**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CHERYL HYATT,<br><br>                    Plaintiffs,<br>v.<br><br>NINOS MIRZA, individually and as trustee for the NINOS AND JANET MIRZA TRUST, JANET MIRZA aka JANET W MIRZA, individually and as trustee for the NINOS AND JANET MIRZA TRUST, and DOES 1 through 50, inclusive,<br><br>                    Defendants. | CASE NO. 2:17-cv-2125 KJM-KJN<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND FOR AN EXTENSION OF THE SEAL ON THE *QUI TAM* COMPLAINT**<br><br>[UNDER SEAL] |

Upon consideration of the *ex parte* application of the United States for an Order extending the deadline to decide whether to intervene and to also extend the seal on the *qui tam* Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED that the *ex parte* application be granted allowing the United States an extension of time to April 3, 2018, to notify the Court of its decision regarding intervention and to also extend the seal on the *qui tam* action.

IT IS SO ORDERED.

DATED: January 22, 2018.

_____
UNITED STATES DISTRICT JUDGE